**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEVEN ROBERT LUTZ, *pro se,*

    Plaintiff,

v.                                                             Case No: 8:14-cv-278-T-30AEP

LISA MICHELLE LAMANTIA,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. Based upon the Court's review of the Complaint, this case is subject to dismissal. *Pro se* Plaintiff Steven Robert Lutz does not state a basis for the Court's jurisdiction. He also does not state any valid claims. Lutz's Complaint, although not a model of clarity, appears to describe personal conflicts with his girlfriend, his girlfriend's mother, and various other people. Such conflicts are not appropriate for this Court. Simply put, Lutz's Complaint is without any merit. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of February, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-278 dismissal.docx

2